# UNITED STATES OF AMERICA
## SOUTHERN DISTRICT OF FLORIDA
### MINUTES SENTENCING

Case No. <u>17-10025-CR-KING</u>　　Date: <u>February 20, 2018</u>　　Judge James Lawrence King
Defendant: **Lewis Bennett**　　Defense counsel: <u>Marc Shiner, Esq., Paul Walsh, Esq.</u>
AUSA: <u>Emily A. Rose</u>　　U.S. Probation Officer: <u>Nicole Pinder</u>

### JUDGMENT AND SENTENCE

|  | YEARS | MONTHS | DAYS | TIME SERVED |
|---|---|---|---|---|
| Count I |  | 7 |  |  |
|  |  |  |  |  |

( ) Defendant given credit for time served
( ) CONCURRENT ( ) CONSECUTIVE
(X) Assessment $ 100.00
( ) Fine: ( ) none imposed  -0-
( ) The court orders restitution
( ) Count remaining dismissed
( ) Forfeiture Entered

### (X) SUPERVISED RELEASE
### ( ) PROBATION

|  | YEARS |
|---|---|
| Count I | 3 |

(X) If deported, the defendant shall not re-enter the U.S. without permission of Attorney General
( ) Home confinement for a period of
( ) CONCURRENT ( ) CONSECUTIVE ( ) Employment and Self Employment Restriction
( ) Substance Abuse Treatment (X) Financial Disclosure ( ) Permissible Search ( ) Mental Health Treatment  ( ) Community Service  ( ) Related Concern Restrictions  (X) In cur No New Debt  ( ) Halfway House

### CUSTODY

(X) The defendant remanded to custody of the U.S. Marshal
( ) Defendant released on bond pending appeal

( ) The defendant shall surrender for service of sentence on:
( ) The court recommends:
( ) The court recommends participation in a BOP drug/alcohol treatment program during term of incarceration.　　***RIGHT TO AN APPEAL WITHIN 14 DAYS GIVEN OPEN COURT***

Courtroom Deputy: Joyce M. Williams
Court Reporter: Glenda Powers